UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:01-cr-318-DAE-RJJ |
| vs. | ) |
| LOKELANI LINDSEY, | ) |
| Defendant. | ) |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case (#137) on January 30, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Amended Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payees in the amounts listed below:

Name of Payee: Citibank
Amount of Restitution: $4,049.79

Name of Payee: IRS - RACS
Amount of Restitution: $13,297.75

Name of Payee: Bank of Hawaii Visa
Amount of Restitution: $6,772.48

Name of Payee: Hawaii State Tax Collection
Amount of Restitution: $10,879.98

**Total Amount of Restitution Ordered: $35,000.00**

Dated this 22 day of July, 2016.   august

_____
UNITED STATES DISTRICT JUDGE